# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13178

_____

ALIEDA MARON,
LAWRENCE MARON,

                                                 Plaintiffs-Appellants,

*versus*

CHIEF FINANCIAL OFFICER OF FLORIDA,

                                                 Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00255-RH-MAF

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 16, 2025

For the Court: DAVID J. SMITH, Clerk of Court